IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CARMEN DAVIS, | ) |
| Plaintiff, | ) |
| vs. | ) 5:18-cv-06020-HFS |
| NATIONAL CREDIT ADJUSTERS LLC, | ) |
| Defendant. | ) |

## MOTION FOR ENTRY OF DEFAULT

Plaintiff Carmen Davis requests that the Clerk of the Court enter default judgment against National Credit Adjusters, L.L.C., pursuant to the Federal Rule of Civil Procedure 55(a). In support of this request, Plaintiff relies upon the record in this case and the affidavit submitted herein.

Date: May 3, 2018

Respectfully submitted,

CREDIT LAW CENTER LLC

**By: s/ Anthony Hernandez**
Anthony Hernandez #69129
4041 NE Lakewood Way, Suite 200
Lee's Summit, MO 64064
T: (816) 282-0422
F: (855) 523-5900
anthonyh@creditlawcenter.com
**Attorney for Plaintiff**

# CERTIFICATE OF SERVICE

I, Anthony Hernandez, declare under penalty of perjury that on May 3, 2018, I caused to be mailed, copies of the following:

Motion for Entry of Default

    Exhibit A – Affidavit in Support of Motion for Entry of Default

    Exhibit B – Proof of Service

These documents were sent by United States Mail, first class, postage prepaid, to the following

National Credit Adjusters, L.L.C
CSC-Lawyers Incorporating Service Company,
221 Bolivar St.,
Jefferson City, MO 65101.

                                              **/s/ Anthony Hernandez**
                                              Anthony Hernandez
                                              Attorney for Plaintiff