IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISON

| | |
|---|---|
| CARMEN DAVIS, | ) |
|     Plaintiff, | ) ) ) |
| vs. | )   Case No. 5:18-cv-06020-HFS |
| NATIONAL CREDIT ADJUSTERS, L.L.C., | ) ) ) ) |
|     Defendant. | ) |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOT THAT** Plaintiff CARMEN DAVIS and Defendant NATIONAL CREDIT ADJUSTERS LLC., have reached an agreement on all material terms required to settle all of Plaintiff's claims against National Credit Adjusters LLC., pending in this action. An agreement in principal has been reached performance of such will be completed within the next 30 days, upon which, Plaintiff will be filing a joint stipulation of dismissal.

Respectfully Submitted,

**Credit Law Center**

**By:   /s/ Anthony Hernandez**
**Anthony Hernandez # 69129**
**4041 NE Lakewood Way, # 140**
**Lee's Summit, MO 64064**
**Telephone: 816-282-08322**
**Facsimile: 855-523-6884**
**Anthonyh@CreditLawCenter.com**
**Attorney for Plaintiff**